**KAZEROUNI LAW GROUP, APC**
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 335-8455
Facsimile: (800) 520-5523

**PBN LAW GROUP**
Philip B. Nghiem, Esq. (291525)
philn@hn-lawyers.com
Brian J. Soo-Hoo, Esq. (228298)
brian@bankruptcylawpros.com
601 Parkcenter Drive, Suite 107
Santa Ana, CA 92705
Telephone: (657) 333-5726
Facsimile: (877) 488-3234

*Attorneys for Plaintiff*,
Mary Manaog

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MANAOG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LENDINGCLUB CORPORATION; AND, EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendants. | Case No.: CV19-2064 JAK (SHKx)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT LENDINGCLUB CORPORATION**<br><br>HON. JOHN A. KRONSTADT |

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

NOTICE IS HEREBY GIVEN that the disputes between Plaintiff MARY MANAOG ("Plaintiff") and Defendant LENDINGCLUB CORPORATION ("Defendant") has each been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss this Action with Prejudice within sixty days. Plaintiff requests that any pending dates and filing requirements be vacated.

Dated: July 19, 2021                          **KAZEROUNI LAW GROUP, APC**

                                                By: ____/s/ Matthew M. Loker__
                                                   MATTHEW M. LOKER, ESQ.
                                                   ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant* has been filed on July 19, 2021 through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                    ___/s/ Matthew M. Loker___
                                                    MATTHEW M. LOKER, ESQ.