Susan N. Nikdel (SBN 317921)
nikdels@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

*Attorneys for Defendant*
*LendingClub Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MANAOG,<br><br>             Plaintiff,<br><br>   v.<br><br>LENDINGCLUB CORPORATION; and, EQUIFAX INFORMATION SERVICES, LLC,<br><br>             Defendants. | CASE NO. 5:19-CV-02064-JAK-SHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mary Manaog ("Plaintiff") and Defendant LendingClub Corporation stipulate and agree that the claims raised by Plaintiff against Defendant in this action are dismissed with prejudice.

Dated: September 15, 2021    BALLARD SPAHR, LLP

By: */s/ Susan N. Nikdel*
Susan N. Nikdel

Attorneys for Defendant
LENDINGCLUB CORPORATION

Dated: September 15, 2021    KAZEROUNI LAW GROUP, APC

By: */s/ Matthew M. Loker*
Matthew M. Loker

Attorneys for Plaintiff MARY MANAOG

I, Susan N. Nikdel, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that Matthew M. Loker, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

*/s/ Susan N. Nikdel*

1
STIPULATION OF DISMISSAL

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2021, I electronically filed a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** through the Court's CM/ECF system, which will send a notice of electronic filing to all parties.

*/s/ Susan N. Nikdel* _____
Susan N. Nikdel

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915