**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY MANAOG,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LENDINGCLUB CORPORATION; and, EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　　Defendants. | No. 5:19-cv-02064-JAK-SHK<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. 50)** |

      Based on a review of the Stipulation of Dismissal with Prejudice (the "Stipulation" (Dkt. 50)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated:  September 16, 2021  _____

                                                          John A. Kronstadt
                                                          United States District Judge